IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN LONDON, )<br>　　　　　　Plaintiff, )<br>v. )<br>OGE ELECTRIC COMPANY, et al., )<br>　　　　　　Defendants. ) | Case No. CIV-25-498-SLP |

**O R D E R**

Plaintiff purports to allege in this action violations of his rights under federal law. *See* Am. Compl. [Doc. No. 6]. Plaintiff also seeks leave to proceed in forma pauperis. *See* Motions [Doc. Nos. 2 and 7].

Before the Court is the Report and Recommendation ("R.&R.") of United States Magistrate Judge Chris M. Stephens [Doc. No. 8]. The Magistrate Judge recommends that Plaintiff's Motions be denied and the action be dismissed.[1]

The Magistrate Judge advised Plaintiff of his right to object to the findings set forth in the R.&R. and further advised Plaintiff that failure to timely object would constitute a waiver of his right to appellate review of the factual and legal matters in the R.&R. Plaintiff has not filed an objection to the R.&R., nor has Plaintiff requested any extension of the deadline.

---

[1] As set forth in the R.&R., Plaintiff's allegations in the Amended Complaint are unintelligible and he "gives no explanation of which federal laws Defendants allegedly violated; nor does he explain how his rights were violated." *Id*. at 4.

By failing to object, the Court finds Plaintiff has waived further review of the issues addressed in the R.&R. Furthermore, upon review of the R.&R., the Court concurs with the Magistrate Judge's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED, and Plaintiff's Motions to Proceed in Forma Pauperis [Doc. Nos. 2 and 7] are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 3rd day of July, 2025.

*[Signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE